FROM FAEGRE & BENSON (WED) 3. 7'01 14:56/ST. 14:55/NO. 4862057164 P 3

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**DONALD R. LEEPER,**
individually, and on behalf of
all others similarly situated,

Plaintiff,

vs.

**SULZER ORTHOPEDICS, INC,**

Defendant.

File No. 01- CO -250 ADM/AJB

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Sulzer Orthopedics, Inc. to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until March 18, 2001. This Stipulation and Order is without prejudice to further negotiations and/or further applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

MAR - 9 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ZIMMERMAN REED PLLP**

James P. Watts (#273053)
901 North Third Street
Suite 100
Minneapolis, MN 55401
Telephone: (612) 341-0400

**Attorneys for Plaintiff**

**FAEGRE & BENSON LLP**

Joseph M. Price, ## 88201
Bridget M. Ahmann, #16611x
Sonia Miller-Van Oort, #278087
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000

CROSBY, HEAFY, ROACH & MAY

Ken Seeger
Deborah A. Daniloff, Cal. Bar #142441
1999 Harrison Street
Oakland, CA 94604

**Attorneys for Sulzer Orthopedics, Inc.**

SO ORDERED:

Arthur J. Boylan
United States Magistrate Judge

M2:20373453.01