137538

RECEIVED
BY MAIL
APR 19 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-250 ADM/AJB **Case Title:** Donald Leeper v. Sulzer Orthopedics, Inc.

**Affidavit of Movant**

I, Ronald S. Goldser, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice J. Callen Sparrow, an attorney admitted to practice in the Norther District of Alabama, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Donald Leeper in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 35932 4/17/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, J. Callen Sparrow, am currently a member in good standing of the U.S. District Court for the Northern District of Alabama, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

J. Callen Sparrow [signature] 3-12-01
Type/Print Name Signature Date

Attorney License Number: ASB-4515-R79J

Law Firm Name & Address: Garrison Scott Gamble & Rosenthal, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205

Telephone: (205) 326-3336

Motion Granted: [signature] APR 19 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(6)

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM

6/99