**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Donald R. Leeper,

Plaintiffs,

v.

Sulzer Orthopedics, Inc.,

Defendant.

Civil No. 01-250 ADM/AJB

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by July 15, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 1, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s): identities and reports of class certification experts shall be disclosed on or before November 1, 2001. Identities and reports of merits experts shall be disclosed on or before May 15, 2002.

   b. By Defendant(s): identities and reports of class certification experts shall be disclosed on or before December 1, 2001. Identities and reports of merits experts shall be disclosed on or before June 15, 2002.

FILED MAY 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

4. No more than 100 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

5. No more than 25 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 6 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by October 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed on or before August 1, 2002

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2**.

Class Certification Motion

1. Plaintiff's motion for class certification shall be served on or before January 15, 2002. Defendant's response to the class certification motion shall be served on or before February 15, 2002. Plaintiff's reply to defendant's response shall be served on or before March 1, 2002.

2. Hearing on plaintiff's motion for class certification shall be scheduled to take place on or after March 15, 2002.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by October 1, 2002. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on December 1, 2002, or upon resolution of any pending dispositive motions. Each party may call no more than 6 expert witnesses. Anticipated length of trial is 3–4 weeks.

Dated: 5/8/01

Arthur J. Boylan
United States Magistrate Judge