A CERTIFIED TRUE COPY
JUN 19 2001
ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
JUN 19 2001
FILED
CLERK'S OFFICE

CIVIL 01-250 ADM/AJB

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1401*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE INTER-OP HIP PROSTHESIS PRODUCTS LIABILITY LITIGATION***

***BEFORE WM. TERRELL HODGES, CHAIRMAN, LOUIS C. BECHTLE, JOHN F. KEENAN, MOREY L. SEAR,* BRUCE M. SELYA, JULIA SMITH GIBBONS, AND D. LOWELL JENSEN, JUDGES OF THE PANEL***

## *TRANSFER ORDER*

Before the Panel are three motions, pursuant to 28 U.S.C. §1407, collectively seeking centralization at this time of the 30 actions listed on the attached Schedule A and pending in thirteen districts as follows: eleven actions in the Central District of California; four actions in the Northern District of Ohio; two actions each in the Northern District of California, the Southern District of Florida, the Eastern District of Michigan, and the Eastern District of New York; and one action each in the Northern District of Illinois, the Eastern District of Louisiana, the District of Maryland, the District of Minnesota, the District of New Jersey, the Southern District of Ohio, and the District of South Carolina.[1] The Section 1407 transfer motions are brought by i) plaintiffs in two of the constituent Northern District of Ohio actions, who each separately seek centralization in the Northern District of Ohio, and ii) plaintiff in one of the constituent Northern District of California actions, who seeks centralization in the Central or Northern District of California. Common defendant Sulzer Orthopedics, Inc. (Sulzer) originally opposed centralization but it no longer argued that position at the Panel's MDL-1401 oral argument. Instead it urged centralization in the Central District of California. The only remaining opposition to centralization comes from the plaintiffs in i) one of the constituent Southern District of Florida actions, ii) the District of South Carolina action, and iii) seven District of South Carolina potential tag-along actions. Plaintiffs in sixteen of the actions subject to one or more motions, along with plaintiffs in numerous potential tag-along actions, support transfer. As a result of these responses, additional suggested transferee districts have included the Southern District of Florida, the Northern and Southern Districts of Illinois, the Eastern District of Louisiana, the Eastern District of New York, and the Southern District of Texas. Lastly, in the event the Panel orders centralization over the objections of the District of South Carolina plaintiffs, then they favor selection of the District of South Carolina as transferee forum.

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: [signature]
Deputy Clerk

*Judge Sear took no part in the decision of this matter.

[1]Three additional actions pending in the Western District of Texas and the Eastern District of Virginia were included in one or more of the Section 1407 motions. These actions, *John John Fay v. Sulzer Orthopedics, Inc.*, W.D. Texas, C.A. No. 1:01-66, *Robert Schinauer v. Sulzer Orthopedics, Inc.*, W.D. Texas, C.A. No. 1:01-90, and *Gary O'Dell v. Sulzer Medica USA, Inc.*, E.D. Virginia, C.A. No. 2:01-128, have since been dismissed or remanded to state court and, accordingly, the question of transfer with respect to them is moot. Additionally, the Panel has been notified of more than 60 potentially related actions now pending in federal district courts. In light of the Panel's disposition of this docket, these additional actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

JUL 05 2001
RICHARD D. SLETTEN CLERK
... ENTERED ...
DEPUTY CLERK'S INITIALS MCC

(12)

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending outside the Northern District of Ohio are hereby transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

MDL-1401 -- In re Inter-Op Hip Prosthesis Products Liability Litigation

Central District of California

*Jyl Starkman v. Sulzer Medica, Ltd., et al.*, C.A. No. 2:01-20
*Steve Alvernaz v. Sulzer Medica, et al.*, C.A. No. 2:01-1522
*Sara Carlyle v. Sulzer Medica, et al.*, C.A. No. 2:01-1524
*Sam Rackham v. Sulzer Medica, et al.*, C.A. No. 2:01-1525
*Churchill Campbell v. Sulzer Medica, et al.*, C.A. No. 2:01-1526
*Robert T. Schowe v. Sulzer Medica, et al.*, C.A. No. 2:01-1527
*Marjorie Peterson v. Sulzer Medica, et al.*, C.A. No. 2:01-1528
*Richard Coulter v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-1591
*Dennis Benson v. Sulzer Medica, et al.*, C.A. No. 2:01-2775
*Leroy Krauss v. Sulzer Medica, et al.*, C.A. No. 2:01-2776
*Gretel Quick v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 2:01-2846

Northern District of California

*James Ferguson v. Sulzer Medica, Inc., et al.*, C.A. No. 3:01-660
*M. Bruno Pardini, et al. v. Sulzer Orthopedics, Inc., et al.*, C.A. No. 3:01-696

Southern District of Florida

*Judith Connell v. Sulzer Medica, et al.*, C.A. No. 0:01-6222
*Madeline Faircloth v. Sulzer Medica, et al.*, C.A. No. 0:01-6269

Northern District of Illinois

*Jean Casey v. Sulzer Medica, Ltd., et al.*, C.A. No. 1:01-403

Eastern District of Louisiana

*Mark Rachel, et al. v. Sulzer Orthopedics, Inc.*, C.A. No. 2:01-370

District of Maryland

*Susan Berey v. Sulzer Medica, Ltd., et al.*, C.A. No. 8:01-431